FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY S. MCLANAHAN,<br><br>Defendant. | No. 2:24-CR-00024-MKD-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 42)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 42.** Specifically, Defendant requests to modify his conditions of release and to allow him to move from his mother-in-law's address to his personal residence to reside with his wife. Defendant recites in his motion that U.S. Probation and the United States are not opposed to the motion.

The Court finding good cause, **IT IS ORDERED:**

1. Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 42,** is **GRANTED**.

2. Paragraph 20 in the Order Granting Defendant's Motion to Reopen Detention Hearing and Setting Additional Conditions of Release, ECF No. 40, Paragraph 20, is AMENDED as follows:

> **(1)   Defendant shall be allowed to reside with his wife at his home.**

ORDER - 1

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 7, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2