FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY S. McLANAHAN,<br><br>Defendant. | No. 2:24-CR-00024-MKD-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ALLOW TRAVEL TO OREGON<br><br>**MOTION GRANTED**<br>**(ECF No. 46)** |

Before the Court is Defendant's Unopposed Motion to Allow Travel to Oregon, **ECF No. 46.** Specifically, the Defendant requests to travel for four days outside of the district to go to Lincoln City, Oregon to attend his brother's wedding. Defendant recites in his motion that U.S. Probation and the United States are not opposed to the motion.

The Court finding good cause, **IT IS ORDERED:**

1. Defendant's Unopposed Motion to Allow Travel to Oregon, **ECF No. 46,** is **GRANTED**.

2. Defendant shall be allowed to travel to **Lincoln City, Oregon, departing the district on July 11, 2024, and returning on July 14, 2024.**

3. Defendant shall strictly comply with all restrictions and requirements on travel imposed by U.S. Probation and shall maintain the itinerary recited in

ORDER - 1

Defendant's Motion at **ECF No. 46**.

    4.    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect. Defendant is specifically reminded to abide by the prohibition on alcohol.

**IT IS SO ORDERED.**

DATED July 9, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2