FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY S. MCLANAHAN,<br><br>Defendant. | No. 2:24-CR-00024-MKD-1<br><br>ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>   **(ECF No. 70)** |

    Pending before the Court at **ECF No. 70,** is Defendant TROY S. MCLANAHAN's Second Unopposed Motion to Modify Conditions of Release, specifically, Special Condition of Release No. 18 as imposed in the Order Granting Defendant's Motion to Reopen Detention Hearing, ECF No. 40.

    Specifically, Defendant moves to amend Special Condition of Release No. 18, requiring him to participate in GPS monitoring. Defendant claims that he suffers from an ankle injury which has not healed after a previous surgery and doctors have scheduled Defendant for an MRI on his ankle on October 1, 2024, and advised that the MRI cannot be performed while Defendant is wearing the GPS ankle monitor. The United States and U.S. Probation do not object to the proposed modification.

ORDER - 1

The Court finding good cause, **IT IS ORDERED** Defendant's Second Unopposed Motion to Modify Conditions of Release, **ECF No. 70**, is **GRANTED**.

1. The GPS monitoring condition imposed in the Order Granting Defendant's Motion to Reopen Detention Hearing at ECF No. 40, Special Condition No. 18, shall be removed.

2. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED September 30, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2